AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

J & J SPORTS PRODUCTIONS, INC.,

                      Plaintiff,

                v.

DAVID RAMOS, Individually, and d/b/a TAQUERIA MI TIERRA, a/k/a MI TIERRA TAQUERIA,

                      Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-086-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered against the Defendant, David Ramos, in favor the the Plaintiff, J & J Sports Production, Inc.. Plaintiff shall recover against the Defendant, David Ramos, the following:

Statutory Damages in the amount of $2,200.00
Enhanced Damages in the amount of $1,500.00
Attorney's Fees in the amount of $2,191.25
Costs in the amount of $700.00

For a total of $6,591.25.

October 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson